UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AURORA REVUELTA<br><br>Plaintiff,<br><br>v.<br><br>TARGET CORPORATION,<br><br>Defendant. | Case No. 14-cv-04973-EDL   (ADR)<br><br>**ORDER RE: ATTENDANCE AT MEDIATION**<br><br>Date:  April 22, 2015<br>Mediator:  Patricia Prince |

IT IS HEREBY ORDERED that the request to excuse defendant Target Corporation's claims person, Jenny Schock, from appearing in person at the April 22, 2015, mediation before Patricia Prince is GRANTED.  Ms. Schock shall participate telephonically in the mediation as set forth in ADR L.R. 6-10(f).

**IT IS SO ORDERED**.

Dated: February 27, 2015

Maria-Elena James
United States Magistrate Judge